FILED'06 MAR 14 15:46 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GERSON NUNEZ,                                  Civil No. 06-179-CO
                                                   O R D E R
        Petitioner,

  vs.

CHARLES A. DANIELS, et al.,

        Respondents.

---

AIKEN, Judge:

    Magistrate Judge Cooney filed his Findings and Recommendation on February 22, 2006. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When a party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a _de novo_ determination of that portion of the Magistrate's report. 28 U.S.C. § 636(b)(1)(B); <u>McDonnell Douglas Corp. v. Commodore Business Machines</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982).

    Petitioner has timely filed objections. I have, therefore, given the file of this case a _de novo_ review. I ADOPT the Magistrate's Findings and Recommendation (doc. 3) that petitioner's petition pursuant to 28 U.S.C. § 2241 is denied

1 - ORDER

without prejudice to seek review in the district of his incarceration. I agree that the District of Oregon is no longer the proper venue for petitioner's claims.

IT IS SO ORDERED.

Dated this 14 day of March 2006.

                                                  *Ann Aiken*
                                        Ann Aiken
                            United States District Judge

2 - ORDER